**E-filed 11/29/06**

1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7 | Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREAT VEGI LAND,<br><br>  Petitioner,<br><br>  v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES - CALIFORNIA SERVICE CENTER, AND U.S. POSTAL SERVICE - SAN JOSE OFFICE,<br><br>  Respondents. | No. C 06-6223 JF<br><br>**STIPULATION TO DISMISS; AND [~~PROPOSED~~] ORDER** |

Petitioner, by and through its attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Petitioner's adjustment of status application (Form I-485), and Immigrant Petition for Alien Worker (Form I-140).

Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C06-6223 JF                                    1

| | | |
|---|---|---|
| 1 | Dated: November 13, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Respondents

Dated: November 10, 2006

/s/
DANNING JIANG
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   11/28/06

/s/
JEREMY FOGEL
United States District Judge

Stip. to Dismiss
C06-6223 JF                                    2